# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2971
LT Case No. 2018-CF-1910-A

_____

BRANDON LEE BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Peter Matthew Brigham, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens, Assistant Public Defender, Daytona Beach, for Appellant.

Brandon Lee Brown, Mayo, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kristen Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

October 14, 2025

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————